MULCAHY LAW FIRM, P.C.
3001 E. CAMELBACK ROAD, SUITE 130
PHOENIX, ARIZONA 85016
(602) 241-1093 PHONE / (602) 264-4663 FAX
E-MAIL: bmulcahy@mulcahylaw.net

Beth Mulcahy #017005
Charlene A. Cruz #02669
Maureen M. Connolly #030194
*Attorneys for Plaintiff*
Attorney for The Dobson Association,
Inc. ("Dobson Association"), creditor,

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

In re:

Robert Carter, Debtor.

Case # 2:15-BK-07401-DPC

Chapter 13 Proceedings

**OBJECTION TO PLAN**

This is an attempt to collect a debt and any information obtained may be used for that purpose.

The Dobson Association, Inc. ("Dobson Association"), a secured creditor in this bankruptcy case, through undersigned counsel herby objects to the confirmation of the Chapter 13 Plan filed by the Debtor for reasons stated below.

1. Dobson Association is a non-profit Arizona corporation whose members are the owners of property within the planned community known as The Dobson Association, Inc., which is subject to the Declaration of Covenants, Conditions and Restrictions ("Declaration") recorded on October 23, 1973,

OBJECTION TO PLAN

PAGE 1                    CASE # 2:15-BK-07401-DPC

Docket #10362 pgs. 944-956, official records of Maricopa County. (See Declaration attached hereto as "Exhibit A").

2. Dobson Association is entitled to assessments under its Declaration of Condominium and Covenants, Conditions and Restrictions and Grant of Easements ("the Declaration"), which defendant took subject to by ownership of certain real property, ("the Property"), generally described as 2565 W. Monterey Ave., Mesa, AZ 85202 and legally described as:

Lot 23, Westport Bay

Copies of the Declaration and Warranty Deed are attached to the Objection to the Chapter 13 Plan filed concurrently herewith as "Exhibit A and B".

3. This case was filed June 15, 2015, and a claims deadline was set for December 8, 2015.

4. The claims deadline of December 8, 2015 has not yet passed.

5. Dobson Association filed proof of claim on July 28, 2015 in this case for the arrearages existing as of the filing date.

6. When the bankruptcy petition was filed on June 15, 2015, the payments under the terms of the Declaration were in default. The plan fails to state the amount of the default pursuant to the Declaration to be cured. The correct amount of

the default to be cured pursuant to the Proof of Claim field by Fletcher is as follows:

**ARREARAGE AMOUNT DUE at the time the bankruptcy petition was filed:**

**Assessments/Fees     $9,346.37**

**Bankruptcy Related Legal Fees $387.00**

**Total Arrearages and Other Charges $9,733.37**

See Exhibit C, Pre-Petition Ledger.

7. The DEBTORS' plan has not yet been confirmed. Debtors must cure the actual pre-petition default.

8. Dobson Association objects to confirmation unless the regular post-petition assessments and other charges owed pursuant to the Declaration are current.

WHEREFORE, Dobson Association objects to Chapter 13 Plan so that the pre-petition assessment arrearages may be properly cured under the present chapter 13 bankruptcy case.

RESPECTFULLY SUBMITTED this 28th day of July, 2015.

s/ Maureen M. Connolly
Beth Mulcahy #017005
Charlene A. Cruz #02669
Maureen M. Connolly #030194
Attorneys for The Dobson Association, Inc. ("Dobson Association"), creditor.

1  Original filed this 28th day
   of July, 2015 with:
2
   United States Bankruptcy Court
3  District of Arizona
   U.S. Courthouse and Federal Building
4  230 N. First Ave, Suite 101
   Phoenix, AZ 85003
5
   Copy of the foregoing was mailed
6  this 28th day of July, 2015 to:

7  Robert Carter
   1817 E. Southern Ave. #202
8  Tempe, AZ 85282

9  Trustee
   Dale D. Ulrich
10 PMB-615 1928 E. Highland, #F104
   Phoenix, AZ 85016-4626
11

12 By Maureen M. Connolly