# TIFFANY & BOSCO
## P.A.

SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
David W. Cowles
State Bar No. 021034
Attorneys for Movant
15-03754

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Robert Carter<br><br>Debtor. | No. 2:15-bk-07401-DPC<br><br>Chapter 13<br><br>NOTICE OF APPEARANCE<br>AND REQUEST FOR NOTICE |

    Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13BTT, by and through its undersigned attorneys, hereby gives notice of its appearance in these proceedings, and requests that the name and address of its attorneys be added to the mailing list in this matter, and that all future notices which creditors are entitled to receive be mailed to said attorneys.

    DATED this 7th day of August, 2015.

```
                                        Respectfully submitted,

                                        TIFFANY & BOSCO, P.A.
                                        BY  /s/ LJM #014228
                                            Mark S. Bosco
                                            Leonard J. McDonald
                                            David W. Cowles
                                            Attorneys for Movant
```

COPY of the foregoing mailed
August 7, 2015 to:

Robert Carter
1817 E. Southern Ave.
#202
Tempe, AZ  85282
Debtor

Edward J. Maney
101 N. First Avenue #1775
Phoenix, AZ  85003
Trustee

Wells Fargo Bank
3476 Stateview Blvd
Fort Mill, SC 29715

By:  Mason Womersley